## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NATHAN LERNER,                          :  No. 22 EM 2022
                                        :
           Petitioner                :
                                        :
                                        :
           v.                        :
                                        :
                                        :
HON. IDEE FOX, PRESIDENT JUDGE,         :
COURT OF COMMON PLEAS OF                :
PHILADELPHIA COUNTY,                    :
                                        :
           Respondent                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the "Complaint in the Form of Petition for Declaratory Judgment and Writ of Prohibition or, in the Alternative, Petition for Writ of Mandamus," the Petition for Leave to Amend, and the Petition to Correct or Modify the Certified Record are DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.

    Justice Brobson did not participate in the consideration or decision of this matter.